**F. R. Valentine Hauser and Benjamin Neuman, by Frederick R. Hauser, Defendants in Error, v. Marmon Chicago Company, Plaintiff in Error.**

**Gen. No. 22,556.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. JOHN J. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed October 31, 1917.

## Statement of the Case.

Action by F. R. Valentine Hauser and Benjamin Neuman, by Frederick R. Hauser, their next friend, plaintiffs, against Marmon Chicago Company, a corporation, defendant, to recover back the sum of $450 paid by them while minors on the purchase price of a $600 automobile. From a judgment for plaintiffs for $450, defendant brings error.

WILLIAM A. JENNINGS, for plaintiff in error.

LUCIUS J. M. MALMIN, for defendants in error.

MR. JUSTICE TAYLOR delivered the opinion of the court.

## Abstract of the Decision.

1. INFANTS—*when fraudulent representations as to age not shown.* In an action to recover back a part payment on the pur-

chase price of an automobile made while plaintiffs were minors, evidence *held* insufficient to show fraudulent representations by plaintiffs as to their ages.

2. INFANTS, § 23*—*when entitled to rescind contract of purchase and recover part of price paid.* Minors, upon restoration of an automobile to the seller, although it has been used and has deteriorated in value, are entitled to rescind the contract of sale and recover back that part of the purchase price which has been paid.